UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25126-RNS

WINDY LUCIUS,

    Plaintiff,

v.

PARTY CITY CORPORATION,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1.    Plaintiff has reached an agreement with Defendant Party City Corporation ("Defendant") to resolve the claims against it.

2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Dated: January 3, 2020

    Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T:  305-351-2014
cc@cunninghampllc.com

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                */s/ J. Courtney Cunningham*
                J. Courtney Cunningham, Esq.